# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: EDWARDS, BARBARA § Case No. 09-02189
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $293,500.00                    Assets Exempt:   $111,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,204.76      Claims Discharged
                                                Without Payment: $69,571.70

Total Expenses of Administration:  $4,800.52

3) Total gross receipts of $    11,005.28   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    3,000.00   (see **Exhibit 2**), yielded net receipts of $8,005.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $177,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,800.52 | 4,800.52 | 4,800.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,732.00 | 41,644.46 | 41,644.46 | 3,204.76 |
| **TOTAL DISBURSEMENTS** | $220,732.00 | $46,444.98 | $46,444.98 | $8,005.28 |

4)  This case was originally filed under Chapter 7 on January 26, 2009. The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/07/2011_____   By:_/s/MICHAEL G. BERLAND_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hilton Timeshare-scheduled | 1129-000 | 11,000.00 |
| Interest Income | 1270-000 | 5.28 |
| **TOTAL GROSS RECEIPTS** | | $11,005.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Barbara Edwards | Paymennt of exemption per court order for timeshare | 8100-002 | 0.00 |
| Barbara Edwards | Payment of exemption | 8100-002 | 3,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,000.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 90,000.00 | N/A | N/A | 0.00 |
| NOTFILED | WaMu | 4110-000 | 87,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $177,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,550.52 | 1,550.52 | 1,550.52 |
| Goria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TRCS Inc | 3510-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,800.52 | 4,800.52 | 4,800.52 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC , assignee of Citibankc/oResurgent Capital | 7100-000 | N/A | 695.32 | 695.32 | 53.52 |
| 2 | Credit First NA | 7100-000 | N/A | 2,000.01 | 2,000.01 | 153.91 |
| 3 | Roundup Funding, LLC | 7100-000 | N/A | 1,384.55 | 1,384.55 | 106.55 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 440.70 | 440.70 | 33.91 |
| 5 | Chase Bank USA,N.Ac/o Creditors Bankruptcy Service | 7100-000 | N/A | 1,094.49 | 1,094.49 | 84.23 |
| 6 | PRA Receivables.agent of Recovery Associates c/o | 7100-000 | N/A | 1,243.20 | 1,243.20 | 95.67 |
| 7 | U.S. Bank N.A., Retail Payment Solutions, aka Elan | 7100-000 | 12,600.00 | 12,641.15 | 12,641.15 | 972.80 |
| 8 | US DEPT OF EDUCATION, DIRECT LOANS SVCG | 7100-000 | N/A | 14,626.74 | 14,626.74 | 1,125.60 |
| 9 | Recovery Management  For GE Money Bankc/oJC Penny Credit | 7100-000 | N/A | 1,407.64 | 1,407.64 | 108.33 |
| 10 | Recovery Management  For Ge Money Bank,dba Discount Tire | 7100-000 | N/A | 291.77 | 291.77 | 22.45 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA, by American | 7100-000 | N/A | 5,818.89 | 5,818.89 | 447.79 |
| NOTFILED | Capital One | 7100-000 | 1,214.00 | N/A | N/A | 0.00 |
| NOTFILED | edfiananial services | 7100-000 | 300.00 | N/A | N/A | 0.00 |

| NOTFILED | Capital One | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Sears Credit Cards | 7100-000 | 695.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penny | 7100-000 | 1,408.00 | N/A | N/A | 0.00 |
| NOTFILED | Value City Furniture | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit First N.A. ( Firestone) | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 290.00 | N/A | N/A | 0.00 |
| NOTFILED | Value City Furniture | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | US Dept of Education | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 43,732.00 | 41,644.46 | 41,644.46 | 3,204.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-02189 | Trustee:    (520196)    MICHAEL G. BERLAND |
| Case Name:    EDWARDS, BARBARA | Filed (f) or Converted (c): 01/26/09 (f) |
| | §341(a) Meeting Date:    02/23/09 |
| Period Ending: 11/07/11 | Claims Bar Date:    10/27/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 316 N. Asbury-scheduled | 195,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Chase account-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing apparel-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Vanguard 401k-scheduled | 93,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | 2002 Nissan Altima-schedueld | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Hilton Timeshare-scheduled | 10,000.00 | 8,000.00 | | 11,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 5.28 | Unknown |
| 8 | **Assets**      **Totals** (Excluding unknown values) | **$303,500.00** | **$8,000.00** | | **$11,005.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee file a Motion To Sell His interest In  a Timeshare., which was granted. The Trustee hired an accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2013      **Current Projected Date Of Final Report (TFR):**      December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-02189 |
| **Case Name:** | EDWARDS, BARBARA |
| **Taxpayer ID #:** | **-***4774 |
| **Period Ending:** | 11/07/11 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****44-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/09 | | TRCS Inc | Payment of net proceeds from time share | | 8,250.00 | | 8,250.00 |
| | {7} | | 11,000.00 | 1129-000 | | | 8,250.00 |
| | | | Real estate commission    -2,750.00 | 3510-000 | | | 8,250.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.21 | | 8,250.21 |
| 09/21/09 | 1001 | Goria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 7,750.21 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 7,750.54 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.31 | | 7,750.85 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 7,751.17 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 7,751.49 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.30 | | 7,751.79 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.29 | | 7,752.08 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.34 | | 7,752.42 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.05 | | 7,752.47 |
| 04/06/10 | | Wire out to BNYM account<br>9200******4465 | Wire out to BNYM account 9200******4465 | 9999-000 | -7,752.47 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 500.00 | 500.00 | $0.00 |
| Less: Bank Transfers | -7,752.47 | 0.00 |
| **Subtotal** | 8,252.47 | 500.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$8,252.47** | **$500.00** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-02189 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | EDWARDS, BARBARA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-66 - Checking Account |
| Taxpayer ID #: | **-***4774 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2
Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-02189 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | EDWARDS, BARBARA | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******44-65 - Money Market Account |
| Taxpayer ID #: | **-***4774 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/07/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******4465 | Wire in from JPMorgan Chase Bank, N.A. account *******4465 | 9999-000 | 7,752.47 | | 7,752.47 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.37 | | 7,752.84 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.46 | | 7,753.30 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.44 | | 7,753.74 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.46 | | 7,754.20 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.46 | | 7,754.66 |
| 09/23/10 | 11002 | Barbara Edwards | Paymennt of exemption per court order for timeshare Stopped on 01/25/11 | 8100-002 | | 3,000.00 | 4,754.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 4,754.72 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 4,754.78 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 4,754.84 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 4,754.90 |
| 01/25/11 | 11002 | Barbara Edwards | Paymennt of exemption per court order for timeshare Stopped: check issued on 09/23/10 | 8100-002 | | -3,000.00 | 7,754.90 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,754.96 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,755.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,755.07 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,755.13 |
| 05/24/11 | 11003 | Barbara Edwards | Payment of exemption | 8100-002 | | 3,000.00 | 4,755.13 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 4,755.19 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 4,755.23 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 4,755.27 |
| 08/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 4,755.28 |
| 08/15/11 | | To Account #9200******4466 | Transfer for prupose of final distribution | 9999-000 | | 4,755.28 | 0.00 |

|  |  |  |  | ACCOUNT TOTALS | 7,755.28 | 7,755.28 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 7,752.47 | 4,755.28 | |
| | | | | Subtotal | 2.81 | 3,000.00 | |
| | | | | Less: Payments to Debtors | | 3,000.00 | |
| | | | | NET Receipts / Disbursements | $2.81 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 09-02189 | | | Trustee: | MICHAEL G. BERLAND (520196) | |
| Case Name: | EDWARDS, BARBARA | | | Bank Name: | The Bank of New York Mellon | |
| | | | | Account: | 9200-******44-66 - Checking Account | |
| Taxpayer ID #: | **-***4774 | | | Blanket Bond: | $5,000,000.00  (per case limit) | |
| Period Ending: | 11/07/11 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/11 | | From Account #9200******4465 | Transfer for prupose of final distribution | 9999-000 | 4,755.28 | | 4,755.28 |
| 08/24/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,550.52, Trustee Compensation;  Reference: | 2100-000 | | 1,550.52 | 3,204.76 |
| 08/24/11 | 10102 | PYOD LLC , assignee of Citibankc/oResurgent Capital | Dividend paid  7.69% on $695.32; Claim# 1; Filed: $695.32; Reference: | 7100-000 | | 53.52 | 3,151.24 |
| 08/24/11 | 10103 | Credit First NA | Dividend paid  7.69% on $2,000.01; Claim# 2; Filed: $2,000.01; Reference: | 7100-000 | | 153.91 | 2,997.33 |
| 08/24/11 | 10104 | Roundup Funding, LLC | Dividend paid  7.69% on $1,384.55; Claim# 3; Filed: $1,384.55; Reference: | 7100-000 | | 106.55 | 2,890.78 |
| 08/24/11 | 10105 | Chase Bank USA, N.A. | Dividend paid  7.69% on $440.70; Claim# 4; Filed: $440.70; Reference: | 7100-000 | | 33.91 | 2,856.87 |
| 08/24/11 | 10106 | Chase Bank USA,N.Ac/o Creditors Bankruptcy Service | Dividend paid  7.69% on $1,094.49; Claim# 5; Filed: $1,094.49; Reference: | 7100-000 | | 84.23 | 2,772.64 |
| 08/24/11 | 10107 | PRA Receivables.agent of Recovery Associates c/o Capital ne | Dividend paid  7.69% on $1,243.20; Claim# 6; Filed: $1,243.20; Reference: | 7100-000 | | 95.67 | 2,676.97 |
| 08/24/11 | 10108 | U.S. Bank N.A., Retail Payment Solutions, aka Elan | Dividend paid  7.69% on $12,641.15; Claim# 7; Filed: $12,641.15; Reference: | 7100-000 | | 972.80 | 1,704.17 |
| 08/24/11 | 10109 | US DEPT OF EDUCATION, DIRECT LOANS SVCG | Dividend paid  7.69% on $14,626.74; Claim# 8; Filed: $14,626.74; Reference: | 7100-000 | | 1,125.60 | 578.57 |
| 08/24/11 | 10110 | Recovery Management  For GE Money Bankc/oJC Penny Credit | Dividend paid  7.69% on $1,407.64; Claim# 9; Filed: $1,407.64; Reference: | 7100-000 | | 108.33 | 470.24 |
| 08/24/11 | 10111 | Recovery Management  For Ge Money Bank,dba Discount Tire | Dividend paid  7.69% on $291.77; Claim# 10; Filed: $291.77; Reference: | 7100-000 | | 22.45 | 447.79 |
| 08/24/11 | 10112 | FIA CARD SERVICES, NA/BANK OF AMERICA, by American Infosourc | Dividend paid  7.69% on $5,818.89; Claim# 11; Filed: $5,818.89; Reference: | 7100-000 | | 447.79 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,755.28 | 4,755.28 | $0.00 |
| Less: Bank Transfers | 4,755.28 | 0.00 | |
| Subtotal | 0.00 | 4,755.28 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,755.28 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-02189 |
| Case Name: | EDWARDS, BARBARA |
| | |
| Taxpayer ID #: | **-***4774 |
| Period Ending: | 11/07/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****44-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 8,255.28 |
| Plus Gross Adjustments : | 2,750.00 |
| Less Payments to Debtor : | 3,000.00 |
| Net Estate : | $8,005.28 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****44-65 | 8,252.47 | 500.00 | 0.00 |
| Checking # ***-*****44-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-*****44-65 | 2.81 | 0.00 | 0.00 |
| Checking # 9200-*****44-66 | 0.00 | 4,755.28 | 0.00 |
| | $8,255.28 | $5,255.28 | $0.00 |