**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HASTINGS, DONALD P.         § Case No. 08-27919
                                   §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $55,895.00 *(without deducting any secured claims)* | Assets Exempt: $50,300.00 |
| Total Distribution to Claimants: $13,718.67 | Claims Discharged Without Payment: $106,265.20 |
| Total Expenses of Administration: $4,990.16 | |

3) Total gross receipts of $ 35,008.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,300.00 (see **Exhibit 2**), yielded net receipts of $18,708.83 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,226.06 | $12,280.47 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,990.16 | 4,990.16 | 4,990.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 103,734.42 | 51,150.03 | 51,150.03 | 13,718.67 |
| **TOTAL DISBURSEMENTS** | $109,960.48 | $68,420.66 | $56,140.19 | $18,708.83 |

    4) This case was originally filed under Chapter 7 on October 17, 2008. The case was pending for 36 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2011          By: /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant land-scheduled | 1110-000 | 5,000.00 |
| PI-scheduled | 1142-000 | 30,000.00 |
| Interest Income | 1270-000 | 8.83 |
| **TOTAL GROSS RECEIPTS** | | **$35,008.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OM Financial Life Insurance | Exemption for debtor | 8100-000 | 16,300.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,300.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Credit | 4110-000 | N/A | 2,955.47 | 0.00 | 0.00 |
| 9 | DuPage Credit Union | 4110-000 | 6,226.06 | 9,325.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,226.06** | **$12,280.47** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,612.35 | 2,612.35 | 2,612.35 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 53.98 | 53.98 | 53.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Lakeside Title | 3510-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Lakeside Title | 2820-000 | N/A | 45.76 | 45.76 | 45.76 |
| Lakeside Title | 2500-000 | N/A | 240.00 | 240.00 | 240.00 |
| Lakeside Title | 2500-000 | N/A | 85.00 | 85.00 | 85.00 |
| Lakeside Title | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Lakeside Title | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Lakeside Title | 2820-000 | N/A | 35.00 | 35.00 | 35.00 |
| Lakeside Title | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Lakeside Title | 2820-000 | N/A | 499.31 | 499.31 | 499.31 |
| Lakeside Title | 2820-000 | N/A | 208.76 | 208.76 | 208.76 |
| Lakeside Title | 2500-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,990.16 | 4,990.16 | 4,990.16 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Recovery Management Systems Corporation | 7100-000 | 4,962.00 | 4,708.87 | 4,708.87 | 1,262.94 |
| 3 | Discover Bank/DFS Services LLC | 7100-000 | 7,220.58 | 7,220.58 | 7,220.58 | 1,936.59 |
| 4 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,228.53 | 1,228.53 | 329.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | DuPage Credit Union | 7100-000 | N/A | 8,644.36 | 8,644.36 | 2,318.46 |
| 6 | Fifth Third Bank Elt Efct/Glelsi | 7100-000 | 16,679.00 | 16,554.19 | 16,554.19 | 4,439.91 |
| 7 | LVNV Funding LLC | 7100-000 | 2,829.00 | 2,955.42 | 2,955.42 | 792.66 |
| 8 | LVNV Funding LLC | 7100-000 | 3,210.00 | 3,227.89 | 3,227.89 | 865.73 |
| 10 | DuPage Credit Union | 7100-000 | N/A | 6,610.19 | 6,610.19 | 1,772.88 |
| NOTFILED | Medical Payment Data C/O Credit Recovery, Inc. | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Payment Data C/O Credit Recovery, Inc. | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Payment Data C/O Credit Recovery, Inc. | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Walmart | 7100-000 | 1,238.00 | N/A | N/A | 0.00 |
| NOTFILED | DuPage Credit Union | 7100-000 | 378.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley CV/Thoracic Surg | 7100-000 | 275.84 | N/A | N/A | 0.00 |
| NOTFILED | DuPage Credit Union c/o Freedman Anselmo Lindberg et | 7100-000 | 11,990.47 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 4,152.00 | N/A | N/A | 0.00 |
| NOTFILED | WFFinancial | 7100-000 | 7,812.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae Servicing Corporation | 7100-000 | 3,427.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank c/o Diane Nauer, Meyer & Njus PA | 7100-000 | 1,406.91 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 2,334.59 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae Servicing Corporation | 7100-000 | 3,641.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush-Copley Patient Financial Services | 7100-000 | 145.53 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush-Copley Patient Financial Services | 7100-000 | 451.40 | N/A | N/A | 0.00 |
| NOTFILED | DSNB Macy's | 7100-000 | 1,608.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley Medical Center | 7100-000 | 61.60 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,404.00 | N/A | N/A | 0.00 |
| NOTFILED | Dreyer Medical Clinic | 7100-000 | 779.50 | N/A | N/A | 0.00 |
| NOTFILED | American Express C/O Becket and Lee | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | ACS/CLC College Loan | 7100-000 | 10,726.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/BP | 7100-000 | 2.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One C/O TSYS Debt Management | 7100-000 | 3,008.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 4,299.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One C/O TSYS Debt Management | 7100-000 | 923.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services LLC | 7100-000 | 6,054.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Corp. C/O NCO Financial Systems Inc | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Recovery | 7100-000 | 112.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 103,734.42 | 51,150.03 | 51,150.03 | 13,718.67 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-27919  
**Case Name:** HASTINGS, DONALD P.  

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 10/17/08 (f)  
**§341(a) Meeting Date:** 11/10/08  

**Period Ending:** 11/08/11  
**Claims Bar Date:** 02/19/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant land-scheduled | 15,000.00 | 5,000.00 | | 5,000.00 | FA |
| 2 | Chase checking-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Oswgo savings-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Security deposit-scheduled | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods & furnishings-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Educational IRA-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension-scheduled | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | PI-scheduled | 30,000.00 | 0.00 | | 30,000.00 | FA |
| 10 | 2005 Pontiac Vibe-scheduled | 12,055.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Ford Ranger-scheduled | 8,540.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.83 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | **$100,895.00** | **$5,000.00** | | **$35,008.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee will attempt to sell a vacant lot in Florida. The Trustee recieved monies from a personal injury action.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012     **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Printed: 11/08/2011 09:47 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-27919  
**Case Name:** HASTINGS, DONALD P.  
**Taxpayer ID #:** **-***4124  
**Period Ending:** 11/08/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****01-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/02/09 | | OM Financial Life Insurance | Payment of non-exempt PI settlement per court order | | | 13,700.00 | | 13,700.00 |
| | {9} | | | 30,000.00 | 1142-000 | | | 13,700.00 |
| | | | Exemption for debtor | -16,300.00 | 8100-000 | | | 13,700.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.50 | | 13,700.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.57 | | 13,701.07 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.54 | | 13,701.61 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.52 | | 13,702.13 |
| 03/30/10 | | Lakeside Title | Payment of closing proceeds from sale of vacant lot in Florida | | | 2,676.17 | | 16,378.30 |
| | {1} | | | 5,000.00 | 1110-000 | | | 16,378.30 |
| | | | Real Estate Commission | -1,000.00 | 3510-000 | | | 16,378.30 |
| | | | County tax | -45.76 | 2820-000 | | | 16,378.30 |
| | | | Closing fee | -240.00 | 2500-000 | | | 16,378.30 |
| | | | Title abstract and search | -85.00 | 2500-000 | | | 16,378.30 |
| | | | Title insurance | -100.00 | 2500-000 | | | 16,378.30 |
| | | | Delivery fee fro recording | -50.00 | 2500-000 | | | 16,378.30 |
| | | | state tax | -35.00 | 2820-000 | | | 16,378.30 |
| | | | Record order for sale form bankrutpcy court | -50.00 | 2500-000 | | | 16,378.30 |
| | | | 2009 taxes | -499.31 | 2820-000 | | | 16,378.30 |
| | | | State taxes 2009 | -208.76 | 2820-000 | | | 16,378.30 |
| | | | Death certficate for former wife of debtor | -10.00 | 2500-000 | | | 16,378.30 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.61 | | 16,378.91 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.11 | | 16,379.02 |
| 04/06/10 | | Wire out to BNYM account 9200******0165 | Wire out to BNYM account 9200******0165 | | 9999-000 | -16,379.02 | | 0.00 |

| | | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -16,379.02 | 0.00 | |
| **Subtotal** | 16,379.02 | 0.00 | |
| Less: Payments to Debtors | | 16,300.00 | |
| **NET Receipts / Disbursements** | **$16,379.02** | **$-16,300.00** | |

{} Asset reference(s)

Printed: 11/08/2011 09:47 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-27919  
**Case Name:** HASTINGS, DONALD P.  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****01-66 - Checking Account  

**Taxpayer ID #:** **-***4124  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Period Ending:** 11/08/11  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/08/2011 09:47 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-27919  
**Case Name:** HASTINGS, DONALD P.  

**Taxpayer ID #:** **-***4124  
**Period Ending:** 11/08/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | 9999-000 | 16,379.02 | | 16,379.02 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.78 | | 16,379.80 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.97 | | 16,380.77 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.95 | | 16,381.72 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.97 | | 16,382.69 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.97 | | 16,383.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,383.79 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,383.92 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,384.05 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,384.18 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,384.31 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 16,384.43 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,384.56 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,384.69 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,384.82 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,384.95 |
| 07/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 16,385.00 |
| 07/14/11 | | To Account #9200******0166 | Transfer fro purpose of final distribution | 9999-000 | | 16,385.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,385.00 | 16,385.00 | **$0.00** |
| | | | Less: Bank Transfers | | 16,379.02 | 16,385.00 | |
| | | | **Subtotal** | | **5.98** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.98** | **$0.00** | |

{} Asset reference(s)

Printed: 11/08/2011 09:47 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-27919 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | HASTINGS, DONALD P. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******01-66 - Checking Account |
| Taxpayer ID #: | **-***4124 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/08/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/11 | | From Account #9200******0165 | Transfer fro purpose of final distribution | 9999-000 | 16,385.00 | | 16,385.00 |
| 07/26/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,612.35, Trustee Compensation; Reference: | 2100-000 | | 2,612.35 | 13,772.65 |
| 07/26/11 | 10102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $53.98, Trustee Expenses; Reference: | 2200-000 | | 53.98 | 13,718.67 |
| 07/26/11 | 10103 | Recovery Management Systems Corporation | Dividend paid 26.82% on $4,708.87; Claim# 2; Filed: $4,708.87; Reference: | 7100-000 | | 1,262.94 | 12,455.73 |
| 07/26/11 | 10104 | Discover Bank/DFS Services LLC | Dividend paid 26.82% on $7,220.58; Claim# 3; Filed: $7,220.58; Reference: | 7100-000 | | 1,936.59 | 10,519.14 |
| 07/26/11 | 10105 | Recovery Management Systems Corporation | Dividend paid 26.82% on $1,228.53; Claim# 4; Filed: $1,228.53; Reference: | 7100-000 | | 329.50 | 10,189.64 |
| 07/26/11 | 10106 | DuPage Credit Union | Dividend paid 26.82% on $8,644.36; Claim# 5; Filed: $8,644.36; Reference: | 7100-000 | | 2,318.46 | 7,871.18 |
| 07/26/11 | 10107 | Fifth Third Bank Elt Efct/Glelsi | Dividend paid 26.82% on $16,554.19; Claim# 6; Filed: $16,554.19; Reference: | 7100-000 | | 4,439.91 | 3,431.27 |
| 07/26/11 | 10108 | LVNV Funding LLC | Dividend paid 26.82% on $2,955.42; Claim# 7; Filed: $2,955.42; Reference: | 7100-000 | | 792.66 | 2,638.61 |
| 07/26/11 | 10109 | LVNV Funding LLC | Dividend paid 26.82% on $3,227.89; Claim# 8; Filed: $3,227.89; Reference: | 7100-000 | | 865.73 | 1,772.88 |
| 07/26/11 | 10110 | DuPage Credit Union | Dividend paid 26.82% on $6,610.19; Claim# 10; Filed: $6,610.19; Reference: | 7100-000 | | 1,772.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,385.00 | 16,385.00 | $0.00 |
| | | | Less: Bank Transfers | | 16,385.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 16,385.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $16,385.00 | |

| | |
|---|---|
| Net Receipts : | 16,385.00 |
| Plus Gross Adjustments : | 18,623.83 |
| Net Estate : | $35,008.83 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****01-65 | 16,379.02 | -16,300.00 | 0.00 |
| Checking # ***-*****01-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******01-65 | 5.98 | 0.00 | 0.00 |
| Checking # 9200-******01-66 | 0.00 | 16,385.00 | 0.00 |
| | $16,385.00 | $16,385.00 | $0.00 |

{} Asset reference(s)

Printed: 11/08/2011 09:47 AM V.12.57