UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BARBARA EDWARDS | ) No. 09 B 2189 |
| | ) Chapter 7 |
| Debtor | ) Honorable BRUCE W. BLACK |
| | (JOLIET) |

### NOTICE OF WITHDRAWAL OF DOCKET ENTRY 43

To:
**Service via electronic process**
United States Trustees Office
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

Joseph Michelotti
1200 Joire Boulevard, Suite 329
Oak Brook, Illinois 60523
Attorney for debtor

    **PLEASE TAKE NOTICE** that on the 17th day of November 2011, I filed a Notice Of Withdrawal Of Docket Entry 43 since it was filed in the wrong case and Docket Entry 42 shall stand since it is the correct Final Account.

    /s/  Michael G. Berland, Trustee